**RICCI TYRRELL JOHNSON & GREY**
**Patrick J. McStravick, Esquire**
NJ Bar ID No.: 027171997
1515 MARKET STREET - SUITE 700
PHILADELPHIA, PA 19102
(215) 320-3260
pmcstravick@rtjglaw.com

**Attorneys for Defendants**
Azimuth Risk Solutions, LLC and Certain Underwriters at Lloyd's, London Subscribing to Policy Number 92355005, each for their own, and not for the other, their interests being several and not joint (incorrectly identified as "Certain Underwriters At Lloyd's, London Subscribing To Policy Number 92355005")

**CHRISTENSEN HSU SIPES LLP**
Mark E. Christensen (admitted *pro hac vice*)
Jack C. Hsu (admitted *pro hac vice*)
Matthew E. Szwajkowski (admitted *pro hac vice*)
135 S. LaSalle St., Suite 4200
Chicago, IL 60603
(312) 634-1014
mark@chs.law/ jack@chs.law/ matthew@chs.law

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MED-X GLOBAL, LLC as assignee of MARIO BECERRIL TREJO, | Civil Action No.: |
| Plaintiff, | 3:17-cv-13086-AET-DEA |
| v. | |
| AZIMUTH RISK SOLUTIONS, LLC, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER 92355005 | **NOTICE OF MOTION** |
| | **Motion Returnable March 19, 2018** |
| Defendants. | |

To:   Robert T. Trautmann, Esquire
      Merlin Law Group, PA
      125 Half Mile Road, Suite 200
      Red Bank, NJ  07701

**PLEASE TAKE NOTICE** that on Monday, March 19, 2018 at 9:00 a.m. or as soon thereafter as counsel may be heard, undersigned counsel for Defendants shall appear before the Honorable Anne E. Thompson – Honorable Douglas E. Arpert, in courtroom 4W-6W of the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608 and then and there present **Defendants' Motion to Dismiss**, a copy of which is hereby served upon you.

1

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the attached Certification, Motion, and Brief filed herewith. A proposed form of Order is also submitted herewith.

Dated: February 15, 2018

Respectfully submitted,

/s Patrick J. McStravick, Esquire
Patrick J. McStravick, Esquire
NJ Bar ID No.: 027171997
RICCI TYRRELL JOHNSON & GREY
1515 Market Street Suite 700
Philadelphia, PA 19102
(215) 320-3260
pmcstravick@rtjglaw.com

Mark E. Christensen (admitted *pro hac vice*)
Jack C. Hsu (admitted *pro hac vice*)
Matthew E. Szwajkowski (admitted *pro hac vice*)
CHRISTENSEN HSU SIPES LLP
135 S. LaSalle St., Suite 4200
Chicago, IL 60603
(312) 634-1014
mark@chs.law /jack@chs.law /matthew@chs.law

*Counsel for Defendants*
*Azimuth Risk Solutions, LLC and Certain Underwriters at Lloyd's, London Subscribing to Policy Number 92355005, each for their own, and not for the other, their interests being several and not joint (incorrectly identified as "Certain Underwriters At Lloyd's, London Subscribing To Policy Number 92355005")*